SOMERSET PAVING COMPANY, INC., ETC., v. KRAMER OIL CORP., ETC., ET AL.

December 19, 1988.

Petition for certification denied.

GIUSEPPE TURRISI, ETC., ET AL. v. KARL G. KLINGES, M.D., ET AL.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JUANITO M. ECHEMENDIA.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DONNA NICHOLAS.

December 19, 1988.

Petition for certification denied.